# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **KERI ANN MANKIN** | § | |
| | § | |
| v. | § | CASE NO. 4:16-cv-692 |
| | § | |
| **THE PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA** | § | |

### ORDER

Before the Court is the Joint Motion to Interplead Funds with State Probate Court and Discharge and Dismiss Prudential (Dkt. #16) submitted on December 28, 2016, by Plaintiff Keri Ann Mankin, Third Party Defendants Wanda June Mankin, Rayburn O. Mankin, and The Estate of Marshall Mankin (the "Adverse Claimants"), and Defendant and Third Party Plaintiff The Prudential Insurance Company of America ("Prudential"). After consideration of the Motion and the agreement expressed therein, the Court finds that the Motion should be **GRANTED**.

**IT IS ORDERED** as follows:

1. Prudential shall be permitted to interplead death benefit proceeds with the Tarrant County Probate Court in the aggregate amount of $152,000, which is comprised of $66,000 in Plan Basic life insurance benefits, $10,000 in Plan Optional life insurance benefits, $66,000 in Plan Basic AD&D benefits, and $10,000 in Plan Optional AD&D benefits, (collectively, the "Death Benefit") that became due as a result of the death of Marshall W. Mankin in connection with Group Life Insurance policy number G-8033, which was issued by Prudential to the City of Coppell (the "Plan");

2. Prudential shall be discharged from all liability relating to the Death Benefit or

otherwise in connection with the Plan following interpleader deposit of the funds with the Tarrant County Probate Court;

3. The Adverse Claimants shall be, and hereby are, permanently enjoined from making any further actual or implied claims, demands, and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Prudential with respect to the Death Benefit at issue or otherwise in connection with the Plan, although the parties are not enjoined from asserting and litigating claims against each other, or third parties and with the Tarrant County Probate Court for their rights to the funds being deposited by Prudential; and

4. Upon Notice to this Court that the Death Benefit has been deposited with the Tarrant County Probate Court, this action shall be dismissed, without prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 24th day of January, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE